**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VICTOR ANDREWS, on behalf of himself and
all others similarly situated,

                                            Plaintiff,

                    - against –

SUGAR FACTORY, LLC d/b/a Sugar Factory and
SUGAR FACTORY THE ROW, LLC.,

                                     Defendant.

------------------------------------------------------------X

Case No.   1:17-cv-5311-NGG-RER

**NOTICE OF SETTLEMENT**

       Now comes the Plaintiff, Victor Andrews, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

       1.   A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the plaintiff will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

       2.   The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3.   We respectfully request the Court provide that the parties may seek to reopen

the matter for forty-five (45) days to assure that the Agreement is executed and that the

settlement funds have cleared.


Dated:  Brooklyn, New York
        November 13, 2017

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                                By: _/s/Dan Shaked_____
                                    Dan Shaked (DS-3331)
                                    44 Court St., Suite 1217
                                    Brooklyn, NY 11201
                                    Tel. (917) 373-9128
                                    Fax (718) 704-7555
                                    e-mail: ShakedLawGroup@Gmail.com