UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VICTOR ANDREWS, Individually and as the
representative of a class of similarly situated persons,

                Plaintiff,

        -against-

SUGAR FACTORY, LLC d/b/a Sugar Factory and
SUGAR FACTORY THE ROW LLC

                Defendants.

Index No. 1:17-cv-05311-NGG-RER

**STIPULATION OF DISMISSAL**

**STIPULATION AND ORDER OF DISMISSAL**

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of any further, related proceedings involving the parties. Each party will bear its own costs.

                Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _/s/ Daniella Adler_
    Daniella Adler

*Attorneys for Defendants*

900 Third Avenue
New York, New York 10022
Tel: 212.583.9600
Dadler@littler.com

SHAKED LAW GROUP, P.C.

By:/s/Dan Shaked
    Dan Shaked (DS-3331)

*Attorneys for Plaintiff*

44 Court Street, Suite 1217
Brooklyn, NY 11201
Tel.: 917-373-9128
ShakedLawGroup@gmail.com

Date: December 29, 2017

*So ordered:*

s/ NGG

/ 1/10/18

Firmwide:152022674.1 095268.1001